# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>KELLY BROWN<br><br>*Defendant(s)* | Case No. 6:21-mj-1584 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 19, 2021  in the county of  Orange  in the  Middle  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kerrie L. Harney, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/20/21

_____
Judge's signature

City and state:  Orlando, Florida

GREGORY J. KELLY, U.S. Magistrate Judge
Printed name and title

STATE OF FLORIDA                        CASE NO. 6:21-mj- 1584

COUNTY OF ORANGE

## AFFIDAVIT

I, Kerrie L. Harney, being duly sworn, do hereby depose and state as follows:

1. This affidavit is submitted in support of a criminal complaint against Kelly BROWN, for violations of 18 U.S.C. § 2252A(a)(2). As set forth in more detail below, I believe there is probable cause that on or about July 19, 2021, in Orange County, Florida, and elsewhere, BROWN distributed child pornography using any means or facility of interstate or foreign commerce or that had been transported in interstate or foreign commerce, in violation of 18 U.S.C. § 2252A(a)(2).

2. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been since June 2016. I currently serve as an investigator for the FBI Crimes Against Children/Innocent Images Unit in Orlando, Florida. As an investigator for the FBI Crimes Against Children Task Force, my responsibilities include investigating possible criminal violations of Title 18 of the United States Code.

3. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child-exploitation laws, including 18 U.S.C. §§ 2242, 2251(a) and (e), 2252, and 2252A. I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular

phones are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

4. I make this affidavit based on my experience and background as a law enforcement officer, including my experience with the FBI; my personal participation in the investigation; information provided by other FBI Special Agents who participated in this investigation with me, and other law enforcement officers and agency personnel. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

5. This affidavit is submitted in support of a criminal complaint against BROWN for violations of 18 U.S.C. § 2252A(a)(2). As set forth in more detail below, I believe there is probable cause that on or about July 19, 2021, in Orange County, Florida, and elsewhere BROWN distributed child pornography using any means or facility of interstate or foreign commerce or that had been transported in interstate or foreign commerce, in violation of 18 U.S.C. § 2252A(a)(2).

## PROBABLE CAUSE STATEMENT

6. On July 19, 2021, the FBI Tampa Division, Orlando Resident Agency received a lead from the Washington Field Office (WFO) about a person distributing child sexual abuse material (CSAM). As part of an ongoing effort to identify and arrest person(s) engaging in the ongoing distribution and receipt of CSAM, the FBI utilizes

2

online covert employees (OCE) to engage with individuals on the Internet who are on applications commonly used to engage in the distribution and the receipt of CSAM.

7. On Monday, July 19, 2021, an FBI OCE was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC entered a private KIK group chat. This group is known to the UC as a place where people meet, discuss and trade original images and videos of underage children.

8. On Monday, July 19, 2021, at approximately 11:00 a.m. EST, the UC entered the above-described room and observed a KIK user using the KIK name, "myl1ps2serve" with a display name of Alex Green enter the group. This user sent an image of his purported 10-year-old daughter to the group. The image depicted a prepubescent girl wearing a sun dress. The focus of the camera is on the child's vaginal region. The child does not appear to be wearing underwear and part of her vagina and buttocks are visible, which in my training and experience constitutes child pornography.

9. Later on Monday July 19, 2021, the UC began a private chat conversation with "myl1ps2serve," who asked the UC if he had "fun pics" of his daughter. "myl1ps2serve" informed the UC that he had additional images of his daughter that were similar to the one he sent to the group. During the course of the chat "myl1ps2serve" stated that he was at work and that he worked in downtown Orlando, Florida. "myl1ps2serve" took a live picture of his work area which depicted

3

images of his purported wife, sons and daughters on a peg board and sent it to the UC in the KIK private chat conversation to verify that he was a legitimate father.

10. Later in the chat "myl1ps2serve" stated that the 10-year-old was his step-daughter and that he had a 2-year-old biological daughter. "myl1ps2serve" stated that he was sexually active with both girls. "myl1ps2serve" stated that he has performed oral sex on his 10-year-old while she slept and, "came on her lips, on her sweet cunny, rubbed it all over her and licked it clean."

11. During the private chat conversation on June 19, 2021, "myl1ps2serve" sent images containing CSAM that he claims depicted his 10-year-old and 2-year-old daughters. "myl1ps2serve" sent an image of a pre-pubescent female lying on a bed with the child's legs bent and with a portion of the child's bare vagina and buttocks visible, which in my training and experience constitutes child pornography. "myl1ps2serve" also sent an image of his purported 10-year-old daughter's bare vagina. The image is a close-up and depicts the child's bare vagina, no face is depicted in this image. This image also constitutes child pornography. Later in the chat "myl1ps2serve" sent several images of his purported 10-year-old daughter sitting on a bed shirtless with her bare breast exposed. Later in the chat "myl1ps2serve" sent two images of his 2-year-old daughter. The first image depicts a toddler female sitting on a floor naked with her legs spread. The focus of the image is on the toddler's bare vagina. The second image depicts the 2-year-old lying down naked on her back. The toddler has her fingers on her bare vagina. Based on my training and experience those

4

images constitute child pornography. "myl1ps2serve" stated that he also performs oral sex on his 2-year-old daughter.

12. On July 19, 2021, an emergency disclosure form was submitted to KIK c/o Medialab, requesting subscriber information associated with username "myl1ps2serve." KIK's response provided a display name for this account of "Alex Green," an unconfirmed email address xxx@yahoo.com, a device description of a Samsung android SM-A215U (Galaxy A21), and IP logs spanning from June 21, 2021 through July 19, 2021. Examination of the IP logs yielded a combination of AT&T and Charter Communications IP addresses.

13. During the morning of July 19, 2021, username "myl1ps2serve" was associated with IP address 72.189.82.200 which resolves to Charter Communications. On July 19, 2021, an emergency disclosure form was submitted to Charter Communications requesting subscriber and service address information associated with IP address 72.189.82.200. Charter verbally responded to the request identifying the subscriber as J.B., at service address at xxx, Winter Park FL 32792, later determined to be a residential address. Later in the day on July 19, 2021, username "myl1ps2serve" was associated with IP address 12.206.86.26. A network query revealed IP address 12.206.86.26 was part of IP net range 12.206.86.24 – 12.206.86.31 which was assigned to co-working space located at XX N Orange Ave. Orlando, Florida 32801. Open source searches for co-working space resulted in the identification of an office space rental location operated by the co-working space at XX N. Orange Ave. Orlando, Florida 32801.

5

14. KIK user "myl1ps2serve" sent multiple non-pornographic images of himself, his alleged wife, and the victims. Open-source searches for these various images led to the identification of a Facebook profile for a woman identified as A.C. Searches of closed databases for A.C. in or near Winter Park, Florida, led to the full identification of A.C., DOB: xx/xx/1982. A review of A.C.'s associates from the database results led to the identification of the suspected user of "myl1ps2serve" as BROWN. Publicly available photographs on BROWN and A.C.'s Facebook profile appear to match images sent by "myl1ps2serve" in the chat message. Publicly available photographs on A.C.'s Facebook page match the live image sent by "myl1ps2serve" of his work area which depicted images of his purported wife (A.C.) and relatives on a peg board. Additionally, publicly available photographs on the BROWN and A.C.'s Facebook profile and the images distributed in the chat appear to match images of the Florida driver's license photographs for BROWN and A.C.

15. A check of law enforcement databases revealed that BROWN conducted several pawn transactions at a pawnshop in Orlando, Florida. On April 26, 2021, May 23, 2021, and May 25, 2021, BROWN placed into pawn a Samsung Galaxy cell phone. The person placing the items into pawn used the Florida Driver's License information of BROWN and identified a residential address of XXX, Winter Park, Florida 32792.

16. On the morning of July 20, 2021, myself and other agents and Task Force Officers of the Department of Justice observed BROWN exit near building "C" of xxx, Winter Park, Florida (identified as BROWN's residence). BROWN was seen holding

a cellular telephone. Myself and another agent approached BROWN on a street outside of the apartment complex. BROWN participated in a voluntary non-custodial interview. During the interview BROWN stated that he uses his cellular telephone (a Samsung android device) to access the Kik application. BROWN stated he had engaged in chat on Kik the day prior (on July 19) and that he was in a father daughter fun chat room. BROWN stated he engaged in a private one on one chat with another man about his daughter. BROWN stated these chats involved discussions of sexually abusing children. I believe BROWN was referring to the above-referenced conversation between BROWN and the UC about sexually abusing children. BROWN admitted that he distributed several photos containing Child Sexual Abuse Material (CSAM) in the Kik chat from his office in Orlando, Florida, which is in Middle District of Florida. BROWN stated he took the photos of the children, which were identified by law enforcement. BROWN stated that he stores child pornography on the SD card on his cell phone. BROWN consented to a review of his cell phone and provided access to the phone and SD card. Upon review of BROWN's Samsung android cell phone, I found that it contained images that in my experience and training constitute child pornography, to include images of prepubescent children consistent with those distributed to the UC through Kik on July 19, 2021. BROWN stated he took the child pornography images within the last several weeks, and that he has been looking at child pornography possibly for years.

17. I learned through my investigation that BROWN's android cell phone was manufactured in China. Additionally, Kik is a mobile messaging application that

7

can be used on android, which requires the use of the Internet. The Internet and the cell phone device are facilities or instrumentalities of interstate or foreign commerce.

18. Based on the foregoing, there is probable cause that on or about July 19, 2021, in Orange County, and elsewhere in the Middle District of Florida, BROWN distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2).

Affiant further sayeth naught.

_____
Kerrie Harney, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 20th day of June, 2021.

_____
GREGORY J. KELLY
United States Magistrate Judge

8