UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

                VS.                              **CASE NO. 6:21-mj-1584-GJK**

**KELLY BROWN**

AUSA: Amanda Daniels

Defense Attorney: Michael Ryan, Federal Public Defender

| JUDGE: | **GREGORY J. KELLY**<br>United States Magistrate Judge | DATE AND TIME: | **July 20, 2021**<br>2:37-2:42PM<br>5 minutes |
|---|---|---|---|
| Courtroom: | 3C | TOTAL TIME: | |
| DEPUTY CLERK: | N. Rodriguez | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Ebonie Henderson |

**CLERK'S MINUTES**
**INITIAL APPEARANCE (PC ARREST)**

Case called, appearances made, procedural setting by the Court.
No issue as to competency.
Court summarizes advises defendant of his rights.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Government summarizes the charge in the Complaint and advises of the potential penalties.
Defendant requests court appointed counsel; Court appoints FPD; Order to enter.
Government makes oral motion for detention.
Defendant waives the right to a preliminary hearing.
Defendant reserves the right to a detention hearing with right to raise at a later date.
Court grants oral motion without prejudice; Order to enter.
Defendant is remanded into custody pending further proceedings.
Court adjourned